IN THE CIRCUIT COURT OF ST. CLAIR COUNTY
STATE OF ILLINOIS

MARQUITA HICKMAN-NEW, )
)
    Plaintiff, )
)
vs. ) Cause No. 09L395
)
PRIME INC., )
)
    Serve: 2740 N. Mayfair Ave. )
           Springfield, MO 65803 )
)
and )
)
REGINALD WARLICK, )
)
    Serve: 16448 Scotch Pine Ave. )
           Fountain Valley, CA 92708 )
)
    Defendants. )

FILED
ST. CLAIR COUNTY
JUL 2 7 2009
CIRCUIT CLERK

## COMPLAINT

COMES NOW Plaintiff, Marquita Hickman-New, by and through her attorneys of record, and for Count I of her claim and cause of action against the Defendant, Prime, Inc., states and alleges as follows:

1. That Defendant Prime, Inc. (hereinafter Prime) is and at all times relevant hereto was a corporation doing business in the State of Illinois.

2. That Plaintiff is and at all times relevant hereto was a resident of St. Clair County, Illinois, therefore making jurisdiction proper.

3. That at all times material hereto St. Clair Avenue was and is an open and public road in the County of St. Clair, State of Illinois.

## COUNT I



EXHIBIT A

4. Plaintiff realleges and reincorporates paragraphs 1 through 3 of Plaintiffs' Complaint as if more fully set forth herein.

5. On or about February 15, 2009, and at all times material hereto, Plaintiff was operating her vehicle on St. Clair Avenue in the County of St. Clair, State of Illinois.

6. On or about February 15, 2009, Defendant Prime, Inc. was operating it's vehicle on Illinois State Route 11 in the County of St. Clair, State of Illinois, when Defendant carelessly and negligently entered the flow of traffic onto St. Clair Avenue, colliding with the front of Plaintiff's vehicle

7. As a direct and proximate cause of Defendant's carelessness and negligence, Defendant operated it's vehicle carelessly and negligently in one or more of the following respects:

   (a) Defendant Prime, Inc. carelessly and negligently operated it's vehicle at an excessive rate of speed under the circumstances then and there existing;

   (b) Defendant Prime, Inc. carelessly and negligently failed to exercise the highest degree of care to keep a lookout to the front and laterally so as to discover Plaintiff's vehicle before colliding with it;

   (c) Defendant Prime, Inc. carelessly and negligently failed to sound a warning of it's approach, to slacken speed, swerve or stop before colliding with Plaintiff; and

7. As a direct and proximate result of Defendant Prime, Inc.'s careless and negligence as described herein, Plaintiff suffered injuries to her neck, back, and hands, and will continue to experience pain and suffering as a result of her injuries in the future.

8. As a direct and proximate result of the Defendant Prime, Inc.'s careless and negligence and the injuries to Plaintiff described herein, Plaintiff has incurred medical expenses in an approximate amount that can not be assessed at this tie and is reasonably certain to sustain additional expense in the future on account of medical treatment.

WHEREFORE, in Count I of Plaintiff's Complaint, Plaintiff, Marquita Hickman-New, prays judgment against Defendant, Prime, Inc., in an amount in excess of $50,000.00, along with her costs incurred herein.

## COUNT II

COMES NOW Plaintiff, Marquita Hickman-New, by and through her attorneys of record and for Count II of her claim and cause of action against the Defendant Reginald Warlick, states as follows:

9. Plaintiff realleges and reincorporates paragraphs 1 through 8 of Plaintiff's Complaint as if more fully set forth herein.

10. On or about February 15, 2009, and at all times material hereto, Plaintiff was operating her vehicle on St. Clair Avenue in the County of St. Clair, State of Illinois.

11. On or about February 15, 2009, Defendant was operating his vehicle on Illinois State Route 11 in the County of St. Clair, State of Illinois, when Defendant carelessly and negligently entered the flow of traffic onto St. Clair Avenue, colliding with the front of Plaintiff's vehicle

12. As a direct and proximate cause of Defendant's carelessness and negligence, Defendant operated his vehicle carelessly and negligently in one or more of the following respects:

(a) Defendant Warlick carelessly and negligently operated his vehicle at an excessive rate of speed under the circumstances then and there existing;

(b) Defendant Warlick carelessly and negligently failed to exercise the highest degree of care to keep a lookout to the front and laterally so as to discover Plaintiff's vehicle before colliding with it;

(c) Defendant Warlick carelessly and negligently failed to sound a warning of his approach, to slacken speed, swerve or stop before colliding with Plaintiff; and

13. As a direct and proximate result of Defendant Warlick.'s careless and negligence as described herein, Plaintiff suffered injuries to her neck, back, and hands, and will continue to experience pain and suffering as a result of her injuries in the future.

14. As a direct and proximate result of the Defendant Warlick's careless and negligence and the injuries to Plaintiff described herein, Plaintiff has incurred medical expenses in an approximate amount that can not be assessed at this tie and is reasonably certain to sustain additional expense in the future on account of medical treatment.

WHEREFORE, in Count II of Plaintiff's Complaint, Plaintiff, Marquita Hickman-New, prays judgment against Defendant, Reginald Warlick., in an amount in excess of $50,000.00, along with her costs incurred herein.

By_____
Andrew G. Toennies    #6212112
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, MO 63101
(314) 621-2939
(314) 621-6844 (Fax)

Attorney for Plaintiff

State of Illinois ) S.S.
County of St. Clair )

Case Number _14L 395_

Amount Claimed _in excess of $50,000.00_

| MARQUITA HICKMAN-NEW | PRIME, INC. AND REGINALD WARLICK |
|---|---|
| | VS |
| Plaintiff(s) | Defendant(s) |

Classification Prefix __LM__ Code __1__ Nature of Action __Personal Injury-Auto__ Code_____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty __Andrew G. Toennies__ Code __6212112__  NAME  __Prime, Inc.__
Address __714 Locust__
City __St. Louis, MO 63101__ Phone __(314) 621-2939__
Add. Pltf. Atty. _____ Code_____   ADDRESS   __2740 N. Mayfair Ave.__

x    SUMMONS COPY
To the above named defendant(s).......:    CITY & STATE  __Springfield, MO 65803__
   x

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20 ___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☑ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, __2-28__ 20 __09__

__Brendeen F Kelly__
Clerk of Court

SEAL    BY DEPUTY: __Bren__

DATE OF SERVICE: _____, 20 ____
(To be inserted by officer on copy left with defendant or other person)

**NOTICE TO DEFENDANT IN SMALL CLAIMS UNDER $15,000---SEE REVERSE SIDE**

CC-MR-1

# AFFIDAVIT OF PROCESS SERVER

| Circuit Court | County of Saint Clair | State of Illinois |

Marquita Hickman-New

   Plaintiff

vs.

Prime, Inc. and Reginald Warlick

   Defendant

Attorney:

Lashly Baer
Andrew Toennies
714 Locust Street
St. Louis, MO. 63101

Case Number: 09L395

Legal documents received by STL Process Services on July 31st, 2009 at 12:00 PM to be served upon Prime, Inc. at 2740 N. Mayfair Avenue, Springfield, MO. 65803

I, John Huey, swear and affirm that on August 07th, 2009 at 1:41 PM, I did the following:

Served the corporation listed as the intended recipient of the legal documents by delivering a conformed copy of the Summons and Complaint to Attorney as Attorney of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

Supplemental Data Appropriate to this Service:

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

John Huey
Process Server

STL Process Services
11431 Gravois Ste 13
St. Louis, MO 63126

(314) 723-2134

Internal Job ID: 0000000239

The foregoing instrument was acknowledged before me on this 18 day of AUGUST, 2009, by John Huey, who is personally known to me or who has produced MDDL as identification.

Julie A DeClue
Notary Printed Name    Notary Signature

March 16, 2013
Commission Expiration Date

JULIE A DeCLUE
Notary Public – Notary Seal
STATE OF MISSOURI
Commission for Jefferson County
My Commission Expires Mar. 16, 2013
Commission #09761849

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.