UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARQUITA HICKMAN-NEW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 09-679-GPM |
| | ) | |
| PRIME, INC. AND REGINALD WARLICK, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED, by and between plaintiff Marquita Hickman-New and defendants Prime, Inc. and Reginald Warlick, that plaintiff's claims against defendants Prime, Inc. and Reginald Warlick shall be dismissed with prejudice. Each party is to pay his/her/its own costs.

/s/Andrew G. Toennies (w/consent)  
Mr. Andrew G. Toennies - #6212112  
Lashly & Baer, P.C.  
Attorneys for Plaintiff  
714 Locust Street  
St. Louis, MO 63101  

/s/Denise Baker-Seal  
Lawrence B. Grebel  #1041002  
Denise Baker-Seal,     #6255589  
BROWN & JAMES, P.C.  
Attorneys for Defendants  
Richland Plaza I  
525 West Main Street, Suite 200  
Belleville, Illinois  62220-1547

## AFFIDAVIT OF SERVICE

I, the undersigned, on the 24th day of September, 2010, electronically filed this document with the United States District Court, Southern District of Illinois which will send electronic notification to each of the following:

Mr. Andrew G. Toennies
Lashly & Baer, P.C.
714 Locust Street
St. Louis, MO 63101

(Counsel for Plaintiff)

A copy of this document is available for viewing and downloading from the ECF system.
Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.


　　　　　　　　　　　　　　　　　　　　/s/ Denise Baker-Seal_____